IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS PATRICK SHANNON,

Defendant.

Case No. 1:25-CR-149

HON: PAUL L. MALONEY
United States Magistrate Judge

Jonathan Roth (P72030)
Assistant United States Attorney
P. O. Box 208
Grand Rapids, MI 49501

Frank Stanley (P28826)
Attorney for the Defendant
234 North Division Avenue, Suite 234
Grand Rapids, MI 49503

**DEFENDANT'S LETTER TO THE COURT**

The defendant is set for sentencing on February 23, 2006.

In anticipation of his sentencing, the defendant has written a letter to the Court.

As an overview, the components of that letter include:

1. The defendant is very remorseful.

2. He has had a lot of time to think about what he did and why he did it, and he now fully understands that his online behavior was depraved and totally unacceptable.

3. He is very sorry for the impact of his behavior had on the victims and upon his own family.

4. He had sought therapy prior to his incarceration, and that therapy was helpful.

5. He is determined to do the best he can while in prison.

6. Should he still be alive when he is released, he will not be in trouble again.

The defense respectfully thanks the Court for considering the defendant's letter. Counsel can confirm that the letter was a product of much thought and effort. Counsel has met with the defendant on a number of occasions and believes that the letter is sincere.

Respectfully submitted,

FRANK STANLEY, P.C.

Date: **February 9, 2026**

BY: /s/ Frank Stanley

FRANK STANLEY (P28826)
Attorney for Defendant

Business Address:
234 North Division Ave, Suite 400
Grand Rapids, MI 49503
616-459-8600